UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,**<br><br>　　Plaintiff,<br><br>　　　v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*,<br><br>　　Defendants. | Civil Action No.  13-976 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　December 16, 2013