# EXHIBIT 2
## to Plaintiff's Motion for Reconsideration

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
People for the Ethical Treatment of Animals, Inc. v.
United States Department of Agriculture and Thomas Vilsack
## Case No.: 13-cv-976 (JEB)

**Teresa Marshall (PETA Foundation)**

| | |
|---|---|
| **From:** | APHIS Animal Care [ace@subscribers.usda.gov] |
| **Sent:** | Monday, December 02, 2013 2:46 PM |
| **To:** | Teresa Marshall (PETA Foundation) |
| **Subject:** | USDA Animal Care Posts Updated Inspection Guide |



Having trouble viewing this email? View it as a Web page.



USDA Animal Care has posted its updated *Inspection Guide* on its website.

The *Inspection Guide* is a reference document intended to assist our inspectors. It is an aid to help ensure consistent inspections of facilities regulated under the Animal Welfare Act. The *Inspection Guide* does not supersede but rather supplements the other resources at each inspector's disposal, which include: the Animal Welfare Act and its associated regulations and standards; USDA Animal Care policies; the *Inspection Requirements Handbook*; standard operating procedures; and the inspector's professional judgment.

The *Inspection Guide* is posted here:
http://www.aphis.usda.gov/animal_welfare/downloads/Inspection%20Guide%20-%20November%202013.pdf.

*At USDA Animal Care, ensuring the welfare of the animals we regulate is at the heart of everything we do.*

---



Questions about APHIS programs and services?
Contact Us

STAY CONNECTED:



SUBSCRIBER SERVICES:

Manage Preferences | Unsubscribe | Help | 

1

This email was sent to teresam@petaf.org using GovDelivery, on behalf of: USDA Animal and Plant Health Inspection Service · 4700 River Rd · Riverdale, MD 20737

